In the Matter of the Claim of MARIA CHILA, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 29, 1937; decided October 19, 1937.

*Robert E. Whalen* for appellant.

*Rowland H. Long, Horace Valenstein* and *David D. Glanz* for claimant, respondent.

Order affirmed, with costs; and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.